IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VALERIE PETERSON, | § |
| | §  Case No. 16-cv-01419 |
| Plaintiff | § |
| | § |
| -v- | § |
| | § |
| NORTH SHORE AGENCY, LLC | § |
| | § |
| Defendant. | § |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff files Notice of Dismissal, to dismiss this lawsuit, with prejudice.

Dated: February 2, 2017         __/s/ Jeffrey D. Mapes____
                                Jeffrey D. Mapes (P70509)
                                Attorney for Plaintiff
                                Jeffrey D. Mapes, PLC
                                29 Pearl St. NW, Ste. 305
                                Grand Rapids, MI 49503
                                Tel: (616) 719-3847
                                Fax: (616) 719-3857

1